UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILSON GALLEGOS, ET AL.,

                Plaintiffs,        11 Civ. 8802 (JGK)

    - against -                 ORDER

LIVANOS RESTAURANT GROUP, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    As stated at the conference on December 18, 2012, the parties shall submit the motion for preliminary approval of the settlement by **January 25, 2013**. A hearing shall be held on **February 14, 2013, at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           December 19, 2012

                                      John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/20/12